IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

COUNTRYWIDE HOME LOANS INC., AND DOES 1–99,

    Defendants.
                              /

No. C 09-00542 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

      The Court **DENIES** plaintiff's request in a letter filed May 13, 2009, at 7:55 a.m. to attend the case management conference by telephone on May 14. The Court has learned the hard way that such attendance by telephone is not feasible due to the quality of the equipment in the courtroom.

      **IT IS SO ORDERED.**

Dated: May 13, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE