IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

COUNTRYWIDE HOME LOANS INC., AND DOES 1–99,

    Defendants.
                                 /

No. C 09-00542 WHA

**ORDER CONFIRMING DATE AND TIME OF CASE MANAGEMENT CONFERENCE**

    Plaintiff stated on his case management conference statement that the time for the case management conference is 3:00 p.m on May 14, 2009. It is, in fact, **MAY 14, 2009, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: May 13, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE