IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

COUNTRYWIDE HOME LOANS INC., AND DOES 1–99,

    Defendants.
                                /

No. C 09-00542 WHA

**ORDER FOR PLAINTIFF TO COMPLETE SERVICE AND SETTING DATE FOR NEW CASE MANAGEMENT CONFERENCE**

    At the initial case management conference, plaintiff John Brosnan stated that he had not served any defendant with the summons and complaint but committed to do so by May 29, 2009. He is **ORDERED** to do so on pain of dismissal for lack of prosecution. Mr. Brosnan must promptly inform all defendants as well that a case management conference will be held on **AUGUST 20, 2009, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: May 14, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE