IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS INC., and DOES 1-99,<br><br>    Defendants.<br>                                                          / | No. C 09-00542 WHA<br><br>**NOTICE RE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

On June 22, 2009, defendant filed a motion to dismiss plaintiff's complaint. The motion was noticed for a hearing on August 6, 2009. Plaintiff's response was due on July 16, 2009, but a response has not been received. Ordinarily, the Court would grant the motion, but the Court will provide the *pro se* plaintiff with more time. Plaintiff's response is now due by **AUGUST 7, 2009 AT NOON**. Plaintiff's continued failure to respond will likely result in dismissal. Defendant may file a reply by **AUGUST 14, 2009 AT NOON**. The hearing set for August 6, 2009 is hereby **VACATED**. There will be no hearing on the motion unless the Court finds it necessary after reviewing the briefing.

**IT IS SO ORDERED.**

Dated: July 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE