IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

COUNTRYWIDE HOME LOANS INC., and DOES 1–99,

    Defendants.
                                     /

No. C 09-00542 WHA

**ORDER REQUESTING SUPPLEMENTATION OF RECORD AND ORDER TO SHOW CAUSE**

Before ruling on the pending motion to dismiss, the Court requests that defense counsel subpoena and take the depositions of John G. Kartinos and John Brosnan to ascertain the bona fides of the alleged assignment and equity purchase agreement. Please do so within **TWENTY-ONE CALENDAR DAYS** and then file a supplement summarizing the key points and appending the relevant pages within **SEVEN CALENDAR DAYS**, after which plaintiff may have **SEVEN CALENDAR DAYS** to respond. Oral argument shall be held on **MONDAY, OCTOBER 5, 2009, AT 2:30 P.M.** on the overall motion as supplemented. Plaintiff and counsel must be present in person.

The Court notes that plaintiff failed to appear at the duly noticed case management conference. Attorney Blazewicz appeared for defendants. At the October 5 hearing, Mr. Brosnan should **SHOW CAUSE** why the case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 18, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE