**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 09-00542 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| COUNTRYWIDE HOME LOANS INC., and DOES 1-99, | |
| Defendants. | |

On October 5, 2009, plaintiff's claims were dismissed with leave to amend. The deadline for plaintiff to file a motion seeking leave to amend was October 15, 2009. The deadline has passed and no such motion has been filed. Therefore, this action is now **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: October 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE